No. 93–8328.  HOZDISH v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 93–8332.  IKPOH v. ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 93–8335.  GREENE v. ALBEMARLE-CHARLOTTESVILLE JOINT SECURITY COMPLEX.  C. A. 4th Cir.  Certiorari denied.

No. 93–8339.  RICE v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–8340.  ALVARCA ALVAREZ v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 93–8343.  SPYCHALA v. GOMEZ.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 93–8344.  ALLEN v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 93–8346.  LAESSIG v. PENNSYLVANIA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–8348.  BERNABE v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 93–8349.  CALVERT v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 93–8350.  DIAZ-ROSAS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–8351.  TIZENO v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–8354.  WOOD v. LARSON.  C. A. 9th Cir.  Certiorari denied.

No. 93–8355.  HARRIS v. RAEMISCH ET AL.  C. A. 7th Cir. Certiorari denied.